# Bouyer *v.* City of Enterprise.

## *Violating Municipal Ordinance.*

(Decided May 30, 1912. 59 South. 188.)

*Intoxicating Liquors; City Ordinance; Variance.*—Where the accused was charged with violating a city ordinance which prohibited the giving away or exchanging intoxicating liquors, among other acts, and the ordinance introduced in evidence contained no such provision, there was a variance fatal to a conviction.

APPEAL from Coffee Circuit Court.

Heard before Hon. H. A. PEARCE.

George Bouyer was convicted of violating a prohibition ordinance of the city of Enterprise, and he appeals. Reversed and remanded.

H. L. MARTIN for appellant. No brief reached the Reporter.

No counsel marked for appellee.

PELHAM, J.—The defendant was tried and convicted in the mayor's court of the city of Enterprise, and ap-

[Buckhalt v. City of Enterprise.]

pealed to the circuit court. The complaint alleged the violation of an ordinance of the city of Enterprise against selling, giving away, or exchanging spirituous, vinous, or malt liquors. The ordinance introduced on the trial did not correspond with the averments of the complaint. The complaint was for the violation of an ordinance prohibiting, among other acts, giving away or exchanging, and the ordinance introduced contained no such prohibition. The question was properly raised when the ordinance was offered in evidence, and on the authority of *Bouyer v. City of Enterprise, infra,* 58 South. 755, this case must be reversed.

Reversed and remanded.